IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Norman R. Sentz, Jr. ) | Chapter 13 |
| ) | |
| Debtor ) | Case No. 1-22-bk-01392 HWV |
| ) | |
| Norman R. Sentz, Jr. ) | |
| Movant ) | |
| vs. ) | |
| ) | |
| Jack Zaharopoulos ) | |
| Chapter 13 Trustee, ) | |
| M&T Bank ) | |
| Respondents ) | |

ORDER

AT HARRISBURG, this ___ day of _____, 2023, upon Motion of Debtor to Sell Real Estate located at 1555 Oak Lane, Dover, PA 17315, it is Ordered that the sale of the Debtor's real estate at Norman R. Sentz, Jr., is approved, the proceeds being applied first to the payment of outstanding mortgages, liens and costs, including Debtor's counsel fees of $750.00, estimated subject to Court approval, to be escrowed until approval. The remainder of the balance being paid:

    1) Payment of all closing costs for which the Debtor is liable.
    2) Payment of any M&T Bank or the sale will not occur.
    3) As long as a valid lien on subject real estate payment in full to
    York County Tax Claim Bureau and K. Keener Tax Collector if any or else the sale will not occur.
    4) Judicial liens to Barclay Bank, $2,807.03 and Discover Bank, $5,932.88 are avoided pursuant to the plan.
    5) If there are net proceeds remaining after payment of the above, 1st to the Debtor's exemption of $27,500.00.
    6) If there are net proceeds remaining proceeds to then to unsecured creditors payable to Jack N. Zaharopoulos in the amount necessary to pay the plan in full.

By the Court:

_____