Michael S. Travis  
Attorney At Law  
3904 Trindle Road  
Camp Hill, PA 17011

Telephone (717) 731-9502  
Fax (717) 731-9511

Feb. 21, 2024

ELECTRONIC LETTER ONLY  
United States Bankruptcy Court  
1501 North 6th Street  
Bankruptcy Court Room #8, Floor 4  
Harrisburg, PA 17102

Re: Norman R. Sentz, Jr, **Chapter 13 No. 1-24-01392**  
*Change to Mailing Matrix*

To the Clerk:

The Debtor has moved.

The new corrected address for the Debtor is:

1355 E. Busby Drive  
Apt 125  
Sierra Vista, AZ 85635

Please contact my office should you have any questions or concerns.

Very truly yours,

*Michael S. Travis*

Michael S. Travis  
Attorney for Debtor(s)

MST/tjs