IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Norman R. Sentz, Jr.<br><br>      Debtor<br><br>Norman R. Sentz, Jr.<br>      Movant<br>vs.<br><br>Jack Zaharopoulos<br>Chapter 13 Trustee,<br>M&T Bank | ) Chapter 13<br>)<br>) Case No. 1-22-bk-01392 HWV<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE WAIVING FEE COLLECTED
## AND SUGGESTION THAT IT MAY BE PAID TO DEBTOR

Now comes Debtor's counsel, Michael S. Travis, who certifies as follows:

1. Counsel fees of $750.00 were collected regarding the above estate at a real estate closing held on Feb. 8, 2024.

2. Pursuant to *In Re Wark, 22-2431*, following suggestion of the Court counsel waives collection of the sale fee and suggests that escrow fees of $750.00 held by the law office of Kurt Blake, Esquire payment should be paid to the Debtor.

Consented to:

_____
For Jack Zahrolpoulos, Chapter 13 Trustee

_____ 2/28/24
Norman Sentz, Jr, Debtor

_____ 3.6.24
Michael S. Travis, Esquire
Attorney for Debtor