In re:  
Norman R Sentz, Jr  
    Debtor

Case No. 22-01392-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 23, 2025     Form ID: ordsmiss     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norman R Sentz, Jr, 1525 E. Busby Drive, Apt 125, Sierra Vista, AZ 85635-5659 |
| 5489374 | + | Gaboro Medical Supply LLC, 140 N 2nd Street #3, Stroudsburg, PA 18360-2528 |
| 5487242 | + | Kristine Keener Tax Coll, 3700-6 Davidsburg Rd, Dover PA 17315-4665 |
| 5509535 | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5489376 | + | West York Ambulance, PO Box 726, New Cumberland, PA 17070-0726 |
| 5487247 | + | York County Tax Claim Bureau, 28 E. Market Street, York PA 17401-1501 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 23 2025 23:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5492256 | | EDI: BANKAMER | Jan 23 2025 23:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5487237 | + | EDI: TSYS2 | Jan 23 2025 23:45:00 | Barclays Bank Delaware, 125 S. West St, Wilmington, DE 19801-5014 |
| 5489283 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 23 2025 18:55:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5487238 | + | EDI: CAPITALONE.COM | Jan 23 2025 23:45:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5487239 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 23 2025 18:55:00 | Chrysler Capital, Po Box 961278, Fort Worth, TX 76161-0278 |
| 5487240 | | EDI: DISCOVER | Jan 23 2025 23:45:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 5489086 | | EDI: DISCOVER | Jan 23 2025 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5487241 | | ^ MEBN | Jan 23 2025 18:44:56 | KML Law Group PC, c/o Geraldine M. Linn, Esq, 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 5489375 | | Email/Text: Legal_Fax@lincare.com | Jan 23 2025 18:55:00 | Lincare Inc., PO Box 105760, Atlanta, GA 30348 |
| 5488185 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 19:01:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5487243 | | Email/Text: camanagement@mtb.com | Jan 23 2025 18:55:00 | M&T Bank, PO Box 900, Millsboro DE 19966-0900 |
| 5490947 | + | Email/Text: camanagement@mtb.com | Jan 23 2025 18:55:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5499522 | | EDI: PRA.COM | Jan 23 2025 23:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5495318 | + | EDI: JEFFERSONCAP.COM | Jan 23 2025 23:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5494683 | | EDI: Q3G.COM | Jan 23 2025 23:45:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5487244 | ^ | MEBN | Jan 23 2025 18:45:09 | Ratchford Law Group, c/o Michael Ratchford, 54 Glenmaura National Blvd, Suite 104, Moosic PA 18507-2161 |
| 5487430 | ^ | MEBN | Jan 23 2025 18:45:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5487245 | + | Email/Text: bankruptcynotification@wellspan.org | Jan 23 2025 18:55:00 | Wellspan Health, Patient Services, 601 Memory Lane, York, PA 17402-2231 |
| 5487246 | + | Email/Text: PHILAW@weltman.com | Jan 23 2025 18:55:00 | Weltman, Weinberg & Reis Co, LPA, c/o Michael J. Dougherty, 170 S. Independence Mall W, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| cr | *+ | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5499523 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael S Travis | |

| | |
|---|---|
| | on behalf of Debtor 1 Norman R Sentz Jr travisattorney@protonmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Norman R Sentz Jr, <br> aka Norman R Sentz, | Chapter 13 |
| **Debtor 1** | Case No. 1:22−bk−01392−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 23, 2025

ordsmiss (05/18)